**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 01-7409**

ARTHUR LEWIS MCELROY,

Plaintiff - Appellant,

versus

SERGEANT STANLEY; OFFICER MCLAMB; MARTIN
MCDADE; ROBERT LEWIS; CHAPLIN BALCOMB; CHAPLIN
HAYNES; CORRECTIONAL OFFICER HERBERLIEN; JOHN
DOE,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh. W. Earl Britt, Senior District Judge. (CA-98-877-5-CT-BR)

Submitted: December 7, 2001          Decided: December 20, 2001

Before WILKINS, LUTTIG, and KING, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Arthur Lewis McElroy, Appellant Pro Se. John Payne Scherer, II, Assistant Attorney General, Raleigh, North Carolina, for Appellees.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Arthur Lewis McElroy appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp. 2001) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny Appellant's motion for appointment of appellate counsel and affirm substantially on the reasoning of the district court.[*] See McElroy v. Stanley, No. CA-98-877-5-CT-BR (E.D.N.C. July 24, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

---

[*] Assuming without deciding that the Religious Land Use and Institutionalized Persons Act of 2000, Pub. L. No. 106-274, 114 Stat. 803 (codified at 42 U.S.C. § 2000cc) may be applied retroactively to Appellant's case, we find the Act affords him no basis for relief.

2